**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LINDSEY C.F.,[1]

                    Plaintiff,

          v.

FRANK BISIGNANO, Commissioner
of Social Security Administration,

                    Defendant.

Case No. 2:25-cv-04721-JC

JUDGMENT

          IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED:  January 20, 2026

                                        /s/
_____
                    Honorable Jacqueline Chooljian
                    UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.